Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29458−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danny Gallardo
   132 Florida Avenue
   Paterson, NJ 07503

Social Security No.:
   xxx−xx−6445

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/7/20 at 10:00 AM

to consider and act upon the following:

**44** − Objection to Certification of Default (related document:42 Creditor's Certification of Default (related document:38 Order on Motion to Vacate) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 09/3/2020. (Attachments: # 1 Certification # 2 Exhibit Order Reinstating Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Michael Schwartzberg on behalf of Danny Gallardo. (Schwartzberg, Michael)

Dated: 8/28/20

                                                                  Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court