Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−29458−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danny Gallardo
   132 Florida Avenue
   Paterson, NJ 07503

Social Security No.:
   xxx−xx−6445

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/7/20 at 10:00 AM

to consider and act upon the following:

*44* − Objection to Certification of Default (related document:42 Creditor's Certification of Default (related document:38 Order on Motion to Vacate) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 09/3/2020. (Attachments: # 1 Certification # 2 Exhibit Order Reinstating Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Michael Schwartzberg on behalf of Danny Gallardo. (Schwartzberg, Michael)

Dated: 8/28/20

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Danny Gallardo
    Debtor

Case No. 16-29458-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 28, 2020
                      Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
db          +Danny Gallardo,    132 Florida Avenue,    Paterson, NJ 07503-1624
cr          +Specialized Loan Servicing, LLC,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-13ARX, Mortgage Pass-Through Certificates, Series 2006-13 ARX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National As dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Michael Schwartzberg    on behalf of Debtor Danny Gallardo michael@jerseylaws.com
         Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-13ARX, Mortgage Pass-Through Certificates, Series 2006-13 ARX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National As rsolarz@kmllawgroup.com
                                                                                                                         TOTAL: 5