UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

In re:

Danny Gallardo

                         Debtor.

Order Filed on October 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 16-29458-RG

Judge: Rosemary Gambardella

## CONSENT ORDER RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:            Danny Gallardo
Case No.:          16-29458-RG
Caption of Order:  **CONSENT ORDER RESOLVING CERTIFICATE OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certificate of Default ("COD")

filed by Specialized Loan Servicing, LLC, as servicing agent for Morgan Stanley Mortgage Loan

Trust 2006 13ARX, Mortgage Pass-Through Certificates, Series 2006-13ARX, U.S. Bank

National Association, as Trustee, successor in interest to Bank of America, National Association,

as Trustee, successor by merger to LaSalle Bank National Association, as Trustee ("Creditor"),

and whereas the post-petition arrearage was $10,433.46 as of October 1, 2020, and whereas the

Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1.      The post-petition arrearage above, namely $10,433.46, is deemed to be included as

an arrearage in the Chapter 13 Plan, to be paid by Debtor, through the Chapter 13 Trustee, to

Creditor over the remaining life of the Chapter 13 Plan.

2.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **130-32 Florida Ave., Paterson, NJ 07503**

("Property") provided that the Debtor complies with the following:

a.  The Debtor shall resume making the regular contractual monthly payments directly

    to Creditor as each becomes due, beginning with the November 1, 2020 payment

    and continuing thereon per the terms of the underlying loan; and

b.  Remain current on all post-petition payment obligations, as well as all payments to

    be paid through the Chapter 13 Plan.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the

Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. §362(a) permitting Creditor to exercise any rights under the loan documents with respect

to the Property.

5.      Creditor is awarded reimbursement of attorney fees in the amount of $250.00,

respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

_____            */s/ Gavin N. Stewart*
Michael Schwartzberg                          Gavin N. Stewart
650 Bloomfield Ave                            Stewart Legal Group, P.L.
Suite 100                                     401 East Jackson Street, Suite 2340
Bloomfield, NJ 07003                          Tampa, FL 33602
*Counsel to Debtor*                           *Counsel to Creditor*
Dated:                                        Dated:

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 16-29458-RG

Danny Gallardo                                                              Chapter 13

　　　　Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Danny Gallardo, 132 Florida Avenue, Paterson, NJ 07503-1624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-13ARX  Mortgage Pass-Through Certificates, Series 2006-13 ARX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National As dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Schwartzberg | on behalf of Debtor Danny Gallardo michael@jerseylaws.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-13ARX  Mortgage Pass-Through Certificates, Series 2006-13 ARX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National As |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 19, 2020                       Form ID: pdf903                              Total Noticed: 1

                      rsolarz@kmllawgroup.com


TOTAL: 5